**Order entered January 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01004-CR

### NICOLAS STEPHEN LLOYD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81624-2012**

## ORDER

A jury convicted appellant of driving while intoxicated third offense, sentenced him to eight years in prison, and assessed a $2000 fine. On appeal, we concluded the trial court erred by admitting blood alcohol concentration evidence because appellant did not consent to the warrantless blood draw and the taking of his blood did not fall under any other recognized exception to the warrant requirement. *Lloyd v. State*, No. 05-13-01004-CR, 2014 WL 7249747 (Tex. App.—Dallas Dec. 22, 2014, no pet. h.). We reversed the trial court's judgment and remanded for further proceedings consistent with our opinion.

Appellant asks this Court to set bail pending final determination of the appeal under article 44.04(h) of the code of criminal procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 44.04(h) (West 2006). Bail is hereby set in the amount of $10,000, and any sureties must be

approved by the trial court. Once bail is posted, the trial court is **ORDERED** to release appellant from confinement assessed in the cause.

The Clerk of the Court is **DIRECTED** to send copies of this order to the Honorable Mark Rusch, presiding judge of the 401st Judicial District Court, Collin County, and counsel for all parties.


/s/     MOLLY FRANCIS
        JUSTICE